UNION TRUST COMPANY OF ROCHESTER, Respondent, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., Appellants.

Argued January 11, 1939; decided March 7, 1939.

*Nicholas J. Weldgen* for Prudential Insurance Company of America, appellant.

*Lewis Clinton* for Austin J. Morris et al., appellants.

*Kenneth B. Keating, Charles S. Wilcox* and *Nicholas E. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.